# EXHIBIT 1



eCaseView    *Hello Guest!*  Log-out                    New Search   Help ▾   Home

**CASE NUMBER:** 50-2026-SC-010396-XXXA-MB

**CASE STYLE:** NAVAROLI, ANTHONY V SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS

**ACCESS LEVEL:** D

Search Criteria      Search Results      Case Info      Party Names      **Dockets & Documents**

Case Fees      Court Events

View documents and order certified copies *. See our eCaseView FAQ for step-by-step guidance and information about what documents are available online.

## Document Icons

Document available. Click icon to view.

Add a certified copy of the document to your shopping cart.

Document is Viewable on Request (VOR). Click to request.

VOR document is being reviewed. Click to be notified when available.

12 docket(s) returned. Click a column header to sort.

Reset file handling preference



|  |  | Public | VOR | In Process |  |
|---|---|---|---|---|---|

‹ 1 ›                                                                25   entries per page

| | | DIN | Effective Date | Description | Notes | |
|---|---|---|---|---|---|---|
| 📄 | 🛒 | 2 | 5/12/2026 | CIVIL COVER SHEET | | |
| 📄 | 🛒 | 3 | 5/12/2026 | STATEMENT OF CLAIM | | |
| | | 1 | 5/14/2026 | DIVISION ASSIGNMENT | RE: County Civil Central - RE (Civil) | |

| DIN | Effective Date | Description | Notes |
|---|---|---|---|

| | | DIN | Effective Date | Description | Notes |
|---|---|---|---|---|---|
| 📄 | 🛒 | 4 | 5/14/2026 | PAID $310.00 ON RECEIPT 6275896 | $310.00 6275896 Fully Paid |
| | | 5 | 5/14/2026 | SET FOR SCPTHA – SMALL CLAIMS PRETRIAL ATTORNEY 6/11/2026 9:15 AM SHULLMAN, SARAH L | SCPTHA - Small Claims Pretrial Attorney 6/11/2026 9:15 AM SHULLMAN, SARAH L |
| 📄 | 🛒 | 6 | 5/14/2026 | SUMMONS ISSUED | DSCWARTZ@REALJUSTICE.COM;SBAKER@REALJUSTICE.COM SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS |
| 📄 | 🛒 | 7 | 5/20/2026 | ~~CORRECT AND RESUBMIT SUMMONS NOT ISSUED NON-SERVICE RETURN MUST BE FILED BEFORE ALIAS SUMMONS IS ISSUED | dscwartz@realjustice.com NON–SERVICE RETURN MUST BE FILED BEFORE ALIAS SUMMONS IS ISSUED |
| 📄 | 🛒 | 8 | 5/21/2026 | PAID $10.00 ON RECEIPT 6286070 | $10.00 6286070 Fully Paid |
| 📄 | 🛒 | 9 | 5/21/2026 | SERVICE RETURNED (NUMBERED) | AFFIDAVIT OF SERVICE COUNTY: PALM BEACH SERVED SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS – 05/18/2026 |
| 📄 | 🛒 | 10 | 6/8/2026 | SERVICE RETURNED (NUMBERED) | AFFIDAVIT OF SERVICE COUNTY: PALM BEACH SERVED SPROUTS FARMERS MARKET, INC – 05/18/2026 |
| 📄 | 🛒 | 11 | 6/11/2026 | HEARING BY COURT PRETRIAL | |
| 📄 | 🛒 | 12 | 6/11/2026 | ORDER OF DEFAULT | AND ORDER TO ADVANCE THE CAUSE WITHIN 30 DAYS JUDGE SHULLMAN ON 6/11/2026 |
| | | DIN | Effective Date | Description | Notes |

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.      CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTEENTH</u>   JUDICIAL CIRCUIT, IN AND FOR <u>PALM BEACH</u>   COUNTY, FLORIDA

<u>Anthony Navaroli</u>
Plaintiff

Case # _____

Judge _____

vs.

<u>SPROUTS FARMERS MARKET INC DBA SPROUTS</u>
Defendant

**II.      AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☒  $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

**III.      TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/12/2026 03:17:35 PM

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☒ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.   REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.   NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

  2

**VI.   IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.   DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Dor Scwartz          Fla. Bar # 1049116
       Attorney or party             (Bar # if attorney)

Dor Scwartz            05/12/2026
 (type or print name)          Date

NOT A CERTIFIED COPY

- 3 -

IN THE COUNTY COURT OF THE 15th JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

ANTHONY NAVAROLI,                                    CASE NO:

      Plaintiff,

vs.

SPROUTS FARMERS MARKET, INC.
D/B/A SPROUTS,

      Defendant,

_____/

## STATEMENT OF CLAIM

COMES NOW, ANTHONY NAVAROLI ("Plaintiff"), by and through the undersigned counsel, hereby files this Statement of Claim against Defendant SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS, and alleges as follows:

## NATURE OF THIS ACTION

1. This is an action for violations pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, et seq. (the "TCPA"), and the Florida Telephone Solicitation Act ("FTSA"), Fla. Stat. § 501.059.

2. To promote its goods and services, Defendant engages in unsolicited text messaging and continues to text message consumers after they have opted out of Defendant's solicitations. Defendant also engages in telemarketing without the required policies and procedures, and training of its personnel engaged in telemarketing.

3. Through this action, Plaintiff also seeks statutory damages due to Defendant's unlawful conduct, which has resulted in the intrusion upon seclusion, invasion of privacy, harassment, aggravation, and disruption of the daily life of Plaintiff, and any other available legal, equitable remedies and attorney fees and costs.

## PARTIES

4.     Plaintiff is, and at all times relevant hereto was, an individual and a "person" as defined by 47 U.S.C. § 153(39).

5.     Plaintiff is, and at all times relevant hereto was, an individual and a "called party" as defined by Fla. Stat. § 501.059(1)(a) in that Plaintiff was the regular user of cellular telephone number that received Defendant's telephonic sales calls.

6.     Defendant is, and at all times relevant hereto was a "person" as defined by 47 U.S.C. § 153(39). Defendant directs, markets, and provides business activities throughout the State of Florida.

## JURISDICTION AND VENUE

7.     This action is within the jurisdictional limits of the Florida Small Claims Court because the damages sought do not exceed the statutory maximum for small claims actions in this State.

8.     Defendant is subject to general jurisdiction in Florida because this suit arises out of and relates to Defendant's significant contacts with this State.

9.     Defendant initiated and directed, or caused to be initiated and directed, telemarketing and/or advertisement prerecorded voice messages into Florida in violation of the TCPA and FTSA.

10.    Venue for this action is proper in this Court because facts giving rise to this action occurred in Palm Beach County, Florida and Plaintiff reside in Palm Beach County, Florida.

## FACTUAL ALLEGATIONS
### (Common to All Counts)

11.    On or about April 17, 2026, Defendant sent a text message solicitation to

2

Plaintiff's cellular telephone. Plaintiff responded with a "stop" instruction and Defendant failed to acknowledge the opt-out as reflect below:



12.     Notwithstanding Plaintiff's opt-out instructions, Defendant continued to send solicitations to Plaintiff.

13.     The link provided on the text messages leads directly to Defendant's website.

14.     Plaintiff was in Florida when Plaintiff received the above text message calls, and Defendant's violative conduct occurred in substantial part in Florida.

15.     At all material times, Defendant acted personally and through agents, employees, or contractors operating under the name Sprouts, and all acts and omissions

3

alleged herein were performed within the course and scope of that business.

16.   Defendant is personally liable for all acts, omissions, contracts, and statutory violations committed under the fictitious name Sprouts, as the fictitious name does not create a separate legal entity or limit personal liability.

17.   As demonstrated by the above screenshots, the purpose of Defendant's text messages was to advertise, promote, and/or market Defendant's property, goods, and/or services and to promote its business interests.

18.   As demonstrated by the above screenshots, Defendant does not honor consumer requests to opt-out of text message solicitations. Indeed, Plaintiff attempted to opt-out of Defendant's text message solicitations by responding, but Defendant continued to text message Plaintiff.

19.   Defendant sent multiple solicitations after Plaintiff's initial opt-out request.

20.   Plaintiff is the regular user of the telephone number that received the above telephonic sales calls.

21.   Plaintiff utilizes the cellular telephone number for personal purposes and the number is Plaintiff's residential telephone line. Plaintiff has no land-line phone number and this number is his only way to contact him when he is home.

22.   Upon information and belief, Defendant maintains and/or has access to outbound transmission reports for all text messages sent advertising/promoting its services and goods. These reports show the dates, times, target telephone numbers, and content of each message sent to Plaintiff.

23.   Defendant's failure to honor opt-out requests demonstrates that Defendant does not (1) maintain written policies and procedures regarding its text messaging marketing;

4

(2) provide training to its personnel engaged in telemarketing; and/or (3) maintain a standalone do-not-call list.

24.    Defendant's failure to (1) maintain the required written policies and procedures, (2) provide training to its personnel engaged in telemarketing, (3) maintain a standalone do-not-call list, and (4) honor consumer opt-out requests caused Plaintiff harm as he continued to receive text message solicitations after asking for those messages to stop.

25.    Defendant's telephonic sales calls caused Plaintiff harm, including statutory damages, inconvenience, invasion of privacy, aggravation, annoyance, and violation of their statutory privacy rights.

26.    Defendant's text message spam caused Plaintiff harm, including violations of their statutory rights, trespass, annoyance, nuisance, invasion of their privacy, and intrusion upon seclusion. Defendant's text messages also occupied storage space on Plaintiff's telephone.

## COUNT I
## VIOLATION OF 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(d)

27.    Plaintiff re-alleges and incorporates the foregoing allegations set forth in paragraphs 1 through 26 as if fully set forth herein.

28.    In pertinent part, 47 C.F.R. § 64.1200(d) provides:

No person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity. The procedures instituted must meet the following minimum standards:

(1) Written policy. Persons or entities making calls for telemarketing purposes must have a written policy, available upon demand, for maintaining a do-not-call list.

5

(2) Training of personnel engaged in telemarketing. Personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.

(3) Recording, disclosure of do-not-call requests. If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not-call list at the time the request is made. Persons or entities making calls for telemarketing purposes (or on whose behalf such calls are made) must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed thirty days from the date of such request. If such requests are recorded or maintained by a party other than the person or entity on whose behalf the telemarketing call is made, the person or entity on whose behalf the telemarketing call is made will be liable for any failures to honor the do-not-call request. A person or entity making a call for telemarketing purposes must obtain a consumer's prior 9 express permission to share or forward the consumer's request not to be called to a party other than the person or entity on whose behalf a telemarketing call is made or an affiliated entity.

29.     Under 47 C.F.R § 64.1200(e), the rules set forth in 47 C.F.R. § 64.1200(d) are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers.

30.     Plaintiff is a residential telephone subscribers who received more than one text message made for purposes of telemarketing or solicitation purposes from

31.     Defendant, who has failed to implement the requisite procedures and personnel training as demonstrated by its repeated failure to honor opt-out requests.

32.     Plaintiff made requests to Defendant not to receive texts from Defendant.

33.     Plaintiff revoked any consent he may have provided Defendant by responding with "stop" or similar opt-out instructions.

34.     Defendant continued to text message Plaintiff to harass him into making

6

purchases from Defendant.

35.     Defendant failed to honor Plaintiff's opt-out requests.

36.     Defendant's refusal to honor opt-out requests is indicative of Defendant's failure to implement a written policy for maintaining a do-not-call list and to train its personnel engaged in telemarketing on the existence and use of the do-not-call-list.

37.     Plaintiff is informed and believe that Defendant has not instituted procedures for maintaining a list of persons who request not to receive telemarketing calls or text messages.

38.     Plaintiff is informed and believe that Defendant does not have a written policy, available upon demand, for maintaining a do-not-call list.

39.     The details and specific facts regarding Defendant's failure to maintain the required policies and procedures, as well as personnel training, are solely within Defendant's knowledge and possession.

40.     Defendant has violated 47 C.F.R. § 64.1200(d) by failing to honor opt-out requests, failing to maintain the required policies and procedures, and failing to train its personnel engaged in telemarketing.

41.     Pursuant to section 227(c)(5) of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages, for each and every negligent violation.

42.     As a result of Defendant's knowing or willful conduct, Plaintiff is entitled to an award of $1,500.00 in statutory damages per violation.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant, and award the following relief:

a.      Statutory damages of $500.00 for each violation of 47 U.S.C. § 227;

NOT A CERTIFIED COPY

7

b.   Statutory damages of $1,500.00 for each violation committed willfully or knowingly;

c.   An award of allowable court costs pursuant to Florida Statutes, including § 57.041;

d.   Such further and additional relief as this Court deems just and proper.

**COUNT II**
**VIOLATION OF FLA. STAT. § 501.059**

43.   Plaintiff re-alleges and incorporates the foregoing allegations set forth in paragraphs 1 through 26 as if fully set forth herein.

44.   It is a violation of the FTSA to initiate an outbound telephone call, text message, or voicemail transmission to a consumer, business, or donor or potential donor who has previously communicated to the person that he or she do not wish to receive an outbound call, text message, or voicemail transmission. Fla. Stat. § 501.059(5) (a), (b).

45.   Plaintiff made requests to Defendant not to receive text messages from Defendant.

46.   Defendant failed to honor Plaintiff's requests.

47.   In violation of the FTSA, Defendant made and/or knowingly allowed outbound text messages to Plaintiff, after he had previously communicated to Defendant that he did not wish to receive any text messages from Defendant.

48.   As a result of Defendant's conduct, and pursuant to § 501.059(10)(a) of the FTSA, Plaintiff was harmed and is each entitled to a minimum of $500.00 in damages for each violation.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant, and award the following relief:

8

a.  Statutory damages of $500.00 for each violation of § 501.059 committed by Defendant;

b.  Enhanced statutory damages of up to $1,500.00 for each willful or knowing violation pursuant to § 501.059(10)(b);

c.  An award of reasonable attorney's fees and court costs as authorized by Fla. Stat. § 501.059(11)(a);

d.  Court costs recoverable under Fla. Stat. § 57.041;

e.  Such further and additional relief as this Court deems just and proper.

## JURY DEMAND

49.  Plaintiff hereby demands a trial by jury.

**Dated**: **May 12, 2026**

By:*/s/ Dor Scwartz*
**DOR SCWARTZ, ESQ.**
FBN: 1049116
**BERNHEIM KELLEY BATTISTA, LLC**
1212 E. Broward Blvd., 3rd Floor
Fort Lauderdale, FL 33301
Telephone: (954) 866-1111
DScwartz@realjustice.com
SBaker@realjustice.com

Attorneys for Plaintiff

NOT A CERTIFIED COPY

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2026-SC-010396-XXXA-MB
DIVISION: RE: County Civil Central - RE (Civil)

ANTHONY NAVAROLI
　　　　　　　PLAINTIFF(S)
　　　　VS-

SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS
　　　　　　　DEFENDANT(S)

## NOTICE TO APPEAR
## FOR PRE-TRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS**
**251 LITTLE FALLS DRIVE**
**WILMINGTON, DE   19808**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, on June 11, 2026 at 9:15 AM for a PRETRIAL CONFERENCE before a Judge of this court.

### IMPORTANT - READ CAREFULLY
### THE CASE WILL NOT BE TRIED AT THAT TIME
### DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

If you are a self-represented litigant and do not have an attorney, you may register with the Clerk of the Court to enroll in service by email whereby all future correspondences, motions or orders of the Court pertaining exclusively to this matter will be served upon you at the email address you provide. For more information on Service by Email, see Administrative Order 2.310-1/18 available on the Fifteenth Judicial Circuit's website.

If you need help finding an attorney, you may contact your local Palm Beach County Bar's Lawyer Referral Service online at https://www.palmbeachbar.org/lawyer-referral-service/ or by calling 561-687-3266.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

**"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

DATED: 14th of May, 2026



**MICHAEL A. CARUSO**

**Clerk of the Circuit Court & Comptroller**

By: *John Taylor*
Deputy Clerk

Cc:
ANTHONY       1212 E BROWARD BLVD., 3RD FLOOR FORT LAUDERDALE, FL
NAVAROLI     33301

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

SCWARTZ, DOR 1212 EAST BROWARD BLVD 3RD FLOOR FORT LAUDERDALE FL 33301



NOT A CERTIFIED COPY

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

EN EL TRIBUNAL DEL CONDADO, EN Y  DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA  NO: 50-2026-SC-010396-XXXA-MB
DIVISION: -RE: County Civil Central - RE (Civil)

ANTHONY NAVAROLI
DEMANDANTE(S),
VS-

SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS
DEMANDADO(S)

**NOTICIA PARA COMPARECER
A CONFERENCIA PREVIA AL JUICIO/MEDIACION**

ESTADO DE LA FLORIDA - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

**SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS
251 LITTLE FALLS DRIVE
WILMINGTON, DE   19808**

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401 del Tribunal del Condado de Palm Beach, el día June 11, 2026, a las 9:15 AM, para una CONFERENCIA PREVIA AL JUICIO.

**IMPORTANTE – LEA CUIDADOSAMENTE**

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS.  USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

El demandado(s) debe comparecer en el tribunal en la fecha concretada para evitar una sentencia por rebeldía. El demandante(s) debe comparecer para evitar que el caso se desestime por falta de acusación. Una PETICIÓN o CONTESTACIÓN por escrito para el Juez por parte del demandante(s) o el demandado(s) no eximirá a la parte ni a su abogado de comparecer en persona en la CONFERENCIA PREVIA AL JUICIO. La fecha y la hora de la conferencia previa al juicio NO se puede cambiar sin un motivo legítimo y previa aprobación del Juez.

Cualquier entidad comercial reconocida bajo la Ley de Florida puede ser representada en cualquier etapa de los actos procesales del Tribunal de Primera Instancia por cualquier poderdante de la entidad comercial que tenga la autoridad legal de obligar a la entidad comercial o cualquier trabajador autorizado por escrito, por un poderdante de la entidad comercial. Un poderdante se define como un agente, miembro, miembro gerente o socio de la entidad comercial. Se debe traer la autorización por escrito a la Conferencia Previa al Juicio.

El propósito de la conferencia previa al juicio es para hacer constar su comparecencia, para determinar si usted admite toda o parte de la demanda, para permitir que el Juez determine el índole del caso y para fijar el caso para juicio si el caso no se puede resolver en la conferencia previa al juicio. Usted y su abogado deberán estar preparados para consultar con el Juez y para explicar brevemente el índole de su disputa, indicar qué esfuerzos se han hecho para resolver la disputa, presentar los documentos necesarios para demostrar su caso, indicar los nombres y las direcciones de sus testigos, acordar los hechos que no han de ser demostrados y que facilite el juicio, y calcular cuánto tiempo durará el juicio en este caso.

Puede que la mediación se celebre en la conferencia previa al juicio. Quien sea que comparezca en nombre de una parte debe tener plena autoridad para llegar a un acuerdo. La falta de tener plena autoridad para llegar a un acuerdo en esta conferencia previa al juicio puede resultar en la imposición de gastos y de honorarios asumidos

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

por la parte contraria.

Si admiten a la demanda, pero desean tiempo adicional para pagar, deben venir y presentar las circunstancias ante el Juez. Puede que el Juez apruebe el plan de pagos, o puede que no y podría retener la sentencia o la ejecución o el gravamen.

DERECHO A JURISDICCIÓN. La ley le da a la persona o empresa que le haya demandado el derecho a entablar en cualquiera de los sitios en la lista a continuación. Sin embargo, si ha sido demandado en cualquier lugar aparte de uno de estos sitios, usted, como el demandado(s), tiene el derecho a pedir que el caso sea trasladado a un lugar o jurisdicción adecuado. Un lugar o jurisdicción adecuado puede ser uno de los siguientes: (1) El lugar donde se celebró el contrato; (2) Si la demanda se basa en una nota de pago sin garantía, donde se firmó la nota de pago o donde reside el deudor; (3) Si la demanda es para recuperar propiedad o para ejecutar un gravamen, el lugar donde se ubica la propiedad; (4) El lugar donde ocurrió el evento que causó la demanda; (5) donde resida/n uno o más de los demandado(s); (6) Cualquier lugar acordado en un contrato; (7) en una demanda por dinero debido, si no hay un acuerdo en cuanto a dnde puede ser entablada la demanda, donde haya de ser pagado.

Si usted/es, como el/los demandado(s), cree que el demandante/es no ha entablado la demanda en uno de estos lugares correctos, debe comparecer el día de su fecha de comparecencia y oralmente pedir un traslado, o debe presentar una petición de traslado POR ESCRITO en forma de affidavit (bajo juramento) 7 días antes de su primera fecha de comparecencia y mandar una copia al demandante(s) o al abogado(s) del demandante(s), si es que hay alguno.

Si usted es un litigante representandose a sí mismo y no tiene un abogado, se puede inscribir con la Secretaria del Tribunal para recibir aviso por email por medio del cual toda correspondencia futura, peticiones u órdenes judiciales exclusivamente relacionadas a esta causa se le notificarán al correo de email que usted proporcione. Para más información sobre la Notificación por Email, véase la Norma Administrativa No. 2,310-1/18, disponible en la página web del Decimoquinto Circuito Judicial.  Si necesita ayuda para encontrar a un abogado, puede ponerse en contacto con su servicio local de referencias de Abogados del Condado de Palm Beach por internet, en la página: https://www.palmbeachbar.org/lawyer-referral-service/, o llamando al 561-687-3266

Una copia del escrito de demanda se debe entregar con esta citación.

**"Si usted es una persona con una discapacidad que necesita alguna acomodación para poder participar en este proceso, usted tiene el derecho, sin costo alguno, a que le proporcionen cierta asistencia. Por favor, póngase en contacto con William Hutchings Jr., Americans with Disabilities Act Coordinator [Coordinadora de la Ley sobre Estadounidenses con Discapacidades], Palm Beach County Courthouse [Tribunal del Condado de Palm Beach], 205 North Dixie Highway, West Palm Beach, FL 33401; Número de teléfono (561) 355-4380, por lo menos (7) días laborales antes de su fecha de comparecencia u otra actividad judicial; o inmediatamente después de haber recibido esta notificación, si el tiempo antes de su fecha de comparecencia es de menos de (7) días laborales. Si usted tiene alguna discapacidad auditiva o del habla, llame al 711."**

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 14th of May, 2026

MICHAEL A. CARUSO
Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E  POU KOMIN PALM BEACH, FLORID

NIMERO KA: 50-2026-SC-010396-XXXA-MB-
DIVISYON: RE: County Civil Central - RE (Civil)

ANTHONY NAVAROLI
                    DEMANDAN,
           VS-

SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS
                    DAFANDAN.

**AVETISMAN  POU PRESANTE W
POU YON KONFERANS /MEDIASYON AVAN JIJMAN**

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

**SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS
251 LITTLE FALLS DRIVE
WILMINGTON, DE   19808**

YO AVETI- W  KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN
 PALM BEACH LA NAN SAL 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, A
June 11, 2026, NAN 9:15 AM, POU YON KONFEARANS.

**INPÓTAN - LI AVEK ATENSYON.**

**KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA
ESEYE REZOUD KA A  NAN MEDIASYON JOU SA A.**

**PA MENEN TEMWEN OU DWE PRESANTE TET OU OSWA YON AVOKA KAPAB
PARET POU OU.**

Moun ki defandè (yo) dwe konparèt pèsonèlman nan tribinal nan dat ki mansyone a pou evite yo fè jijman padefo kont yo. Moun ki se pleyan yo dwe konparèt tou yon fason pou evite yo rejte plent yo a pou absans pousuit. MOSYON oswa REPONS alekri pleyan oswa defandè (yo) ap depoze nan tribinal pa dwe sèvi kòm eskiz pou pati konsène yo oswa avoka yo pa vini pèsonèlman nan SEYANS PRELIMINÈ k ap fèt avan jijman an. Dat ak lè seyans preliminè a PA POSIB pou ranvwaye san motif valab ni san apwobasyon davans tribinal la.

Kèlkeswa antite komèsyal ki legalman rekoni daprè lalwa Eta Florid gen dwa gen prensipal responsab oswa reprezantan ofisyèl ki pou reprezante li kèlkeswa lè a nan tout etap pwosesis jidisyè a oswa nenpòt anplwaye ki otorize ak mandate alekri pou reprezante li. Prensipal responsab vle di swa yon dirijan, manb, manb dirijan, oswa asosye antrepriz komèsyal sa a. Ou dwe pote yon kopi otorizasyon alekri sa a nan seyans preliminè a.

Objektif seyans preliminè a se pou anrejistre prezans ou, detèmine si ou admèt ak tout oswa ak yon pati plent ki te fèt kont ou a, pou detèmine kalite ka a ak pou deside ki dat ka a prale nan jijman sizoka pa gen mwayen jwenn solisyon pou rezoud sa a nan seyans preliminè a. Ni ou ni avoka a ta dwe prepare nou pou reyini ak tribinal la, pou esplike rapidman sou ki bit nou kanpe, ki efò nou te eseye fè pou rezoud sa ak founi tout dokiman nesesè pou pwouve kòz n ap defann nan, bay non ak adrès tout moun k ap sèvi nou kòm temwen, etale lòt detay ki pa bezwen okenn prèv ki kab fè jijman an fèt pi vit, epi estime konbyen tan konsa jijman kab dire.

Gen dwa tou gen medyasyon ki fèt nan seyans preliminè avan jijman an. Kèlkeswa moun ki prezante nan non youn nan pati konsène yo dwe gen tout otorite pou negosye nan seyans preliminè sa a ki kapab lakoz

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

pati advès la gen pou peye yon seri frè tribinal ak onorè avoka.

Si w asepte ak demand la men ou ta renmen jwenn plis tan pou jis ou fin peye, ou dwe vin pran lapawòl pou eksplike jij la sitiyasyon ki lakoz sa. Jij la gen dwa apwouve oswa pa apwouve yon plan pèyman epi li gen dwa swa kenbe jijman an sispann pou ou, swa bay lòd pou fè egzekite jijman an oswa pou fè prelèvman sou ou.

**DWA LOKAL. Lalwa bay moun oswa konpayi k ap pousuiv ou a dwa pou depoze plent li nan youn nan adrès ki site pi ba a. Men, si gen plent lajistis ki fèt kont ou yon lòt kote ki pa fè pati lis ki pi ba a, antanke defandè, ou gen dwa mande pou transfere plent sa yo sòti yon kote pou ale nan yon lye oswa lokal ki pi apwopriye. Lokal apwopriye k ap pi bon pou ou gen dwa se: (1) kote kontra te siyen an; (2) kote pwosè a ap fèt sou baz resi oswa biyè san garanti ki te bay, kote yo te siyen biyè a oswa adrès kote moun ki te fè biye a (yo) abite; (3) si pwosè a se pou rekouvre yon byen oswa sispann yon privilèj, kote byen an lokalize a; (4) kote evènman ki te lakoz jijman an te pase a; (5) kote youn oswa plizyè nan defandè yo asiyen yo abite; (6) nenpòt lye oswa kote pati konsène yo te antann yo nan kontra a; (7) nan yon aksyon lajistis pou remèt lajan, si pa t gen okenn akò sou ki kote pou ta fè pwosè, ki kote lajan an ta dwe peye.**

Si, antanke defandè, ou panse pleyan an (yo) pa fè asiyasyon li an nan youn nan kote sa yo, jan li ta dwe fè sa, ou dwe konparèt kan menm nan dat pou prezante nan tribinal la pou mande vèbalman pou yo transfere ka a pou ou, oubyen se pou w ranpli yon afidavi notarye (deklarasyon sou sèman) pou w fè demand fòmèl ou ALEKRI pou mande transfere ka a pou ou 7 jou avan premye dat w ap gen pou vin nan tribinal la, epi voye yon kopi bay pleyan oswa bay avoka pleyan an, si li genyen.

Si se ou menm k ap plede koz la pou tèt ou san avoka ki pou reprezante w, se pou w al nan biwo Grèf tribinal la pou enskri non ou ak bay adrès imèl ou nan sèvis kourye elektwonik la. Konsa, w ap kapab resevwa tout fiti korespondans, mosyon, oswa òdonans tribinal la ap bay ki gen rapò espesifik ak ka w la anpatikilye. Pou plis enfòmasyon konsènan sèvis kourye elektwonik la, gade nan Lòd Administratif 2.310-1/18 ki disponib sou sit entènèt Kenzyèm Sikui Jidisyè a.

Si w bezwen èd pou w jwenn yon avoka, ou mèt kontakte Sèvis Referans Anliy Bawo Avoka nan Rejyon Palm Beach nan: https://www.palmbeachbar.org/lawyer-referral-service/, oswa ou gen dwa rele nimewo 561-687-3266.

Dwe gen yon kopi deklarasyon plent sa a ki dwe tache ak konvokasyon sa a.

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte William Hutchings Jr., Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Tribinal Rejyon Palm Beach ki nan adrès 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711."**

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM



**MIKE CARUSO**

CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

**RECEIPT**

6275896

Printed On:
05/14/2026 12:00
Page 1 of 1

| Receipt Number: 6275896 - Date 05/14/2026  Time 12:00PM | | | |
|---|---|---|---|
| **Received of:** | Dor Scwartz<br>1212 East Broward Blvd., Third Floor<br>Fort Lauderdale, FL 33301 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 310.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 310.00 |
| **Receipt ID:** | 12744516 | **Remaining Balance:** | 0.00 |
| **Division:** | RE: County Civil Central - RE(Civil) | | |

| Case# 50-2026-SC-010396-XXXA-MB -- PLAINTIFF/PETITIONER: NAVAROLI, ANTHONY | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 310.00 | 310.00 | 0.00 |
| **Case Total** | **310.00** | **310.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_CREDITCARD | 18996988 | 310.00 |
| **Total Received** | | **310.00** |
| **Total Paid** | | **310.00** |

**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your
feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

NOT A CERTIFIED COPY

Filing # 248664472 E-Filed 05/20/2026 05:28:03 PM

IN THE COUNTY COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

ANTHONY NAVAROLI,                          CASE NO:  50-2026-SC-010396-XXXA-MB

      Plaintiff,

vs.

SPROUTS FARMERS MARKET, INC.
D/B/A SPROUTS,

      Defendant,

_____/

### SUMMONS/NOTICE TO APPEAR FOR PRE-TRIAL CONFERENCE

THE STATE OF FLORIDA

      TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and Statement of Claim in this lawsuit on the following named Defendant:

**TO DEFENDANT:   SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS**
**CORPORATION SERVICE COMPANY, Registered Agent**
**251 LITTLE FALLS DRIVE**
**WILMINGTON, DE 19808**

Each defendant is hereby required to serve written defenses to said Statement of Claim on BERNHEIM KELLEY BATTISTA, LLC, Jesse N. Bernheim, Esquire, and Dor Scwartz, Esquire, Plaintiff's attorneys, whose address is 1212 E Broward Blvd., 3rd Floor Fort Lauderdale, FL 33301.

      **YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401**,** on June 11, 2026 at 9:15 AM for a PRETRIAL CONFERENCE before a Judge of this court.

      IMPORTANT - READ CAREFULLY THE CASE WILL NOT BE TRIED AT THAT TIME DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY

      The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/20/2026 05:28:03 PM

NOT A CERTIFIED COPY

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

If you are a self-represented litigant and do not have an attorney, you may register with the Clerk of the Court to enroll in service by email whereby all future correspondences, motions or orders of the Court pertaining exclusively to this matter will be served upon you at the email address you provide. For more information on Service

by Email, see Administrative Order 2.310-1/18 available on the Fifteenth Judicial Circuit's website.

If you need help finding an attorney, you may contact your local Palm Beach County Bar's Lawyer Referral Service online at https://www.palmbeachbar.org/lawyer-referral-service/ or by calling 561-687-3266.

A copy of the statement of claim shall be served with this summons.

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

WITNESS my hand and the seal of said Court on May  ___, 2026.

CLERK OF COUNTY COURT

By _____

(COURT SEAL)                                        As Deputy Clerk

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings Jr., MPA, PHR, the Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings Jr., MPA, PHR, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355- 4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings Jr., MPA, PHR, k donatè pwogram**

**Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telef n li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**



NOT A CERTIFIED COPY

Filing # 248711176 E-Filed 05/21/2026 11:57:47 AM

## AFFIDAVIT OF SERVICE

| Case:<br>50-2026-SC-<br>010396-XXXA-MB | Court:<br>IN THE COUNTY COURT IN AND FOR PALM<br>BEACH COUNTY, FLORIDA | County:<br>PALM BEACH | Job:<br>15908925 (0775) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ANTHONY NAVAROLI | | Defendant / Respondent:<br>SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS | |
| | | For:<br>Service of Process Inc | |

| To be served upon: |
|---|
| SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS |

I, Nina Fullwood, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Jane Doe, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
**Manner of Service:**   Registered Agent, May 18, 2026, 11:16 am EDT
**Documents:**   Summons

**Additional Comments:**
1) Successful Attempt: May 18, 2026, 11:16 am EDT at 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 received by Jane Doe. Age: 25; Ethnicity: Asian American; Gender: Female; Weight: 120; Height: 5'2"; Hair: Black; Eyes: Brown; Relationship: Authorized Agent;

Subscribed and sworn to before me by the affiant who is personally known to me.

Nina Fullwood                         05/19/2026
Nina Fullwood                         Date

Notary Public

05/19/2026                         11/30/2027
Date                         Commission Expires

MARK HAGOOD
NOTARY PUBLIC
REG. #7533351
MY COMMISSION EXPIRES
11/30/2027
COMMONWEALTH OF VIRGINIA

NOT A CERTIFIED COPY

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2026-SC-010396-XXXA-MB
DIVISION: RE: County Civil Central - RE (Civil)

ANTHONY NAVAROLI
          PLAINTIFF(S)
    VS-

SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS
        DEFENDANT(S)

> **Service Date and Time:** 5/18/2026  11:16 am
> **Actual Service:**
> **Jane Doe / Authorized Agent**
> **251 LITTLE FALLS DRIVE**
> **WILMINGTON, DE 19808**
> **Server: Nina Fullwood**

## NOTICE TO APPEAR
## FOR PRE-TRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS**
**251 LITTLE FALLS DRIVE**
**WILMINGTON, DE   19808**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, on June 11, 2026 at 9:15 AM for a PRETRIAL CONFERENCE before a Judge of this court.

### IMPORTANT - READ CAREFULLY
### THE CASE WILL NOT BE TRIED AT THAT TIME
### DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

NOT A CERTIFIED COPY

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

If you are a self-represented litigant and do not have an attorney, you may register with the Clerk of the Court to enroll in service by email whereby all future correspondences, motions or orders of the Court pertaining exclusively to this matter will be served upon you at the email address you provide. For more information on Service by Email, see Administrative Order 2.310-1/18 available on the Fifteenth Judicial Circuit's website.

If you need help finding an attorney, you may contact your local Palm Beach County Bar's Lawyer Referral Service online at https://www.palmbeachbar.org/lawyer-referral-service/ or by calling 561-687-3266.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

DATED: 14th of May, 2026



**MICHAEL A. CARUSO**

**Clerk of the Circuit Court & Comptroller**

By: *John Taylor*
Deputy Clerk

Cc:
ANTHONY NAVAROLI        1212 E BROWARD BLVD., 3RD FLOOR FORT LAUDERDALE, FL 33301

NOT A CERTIFIED COPY

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

SCWARTZ, DOR 1212 EAST BROWARD BLVD 3RD FLOOR FORT LAUDERDALE FL 33301



FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

EN EL TRIBUNAL DEL CONDADO, EN Y  DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA  NO: 50-2026-SC-010396-XXXA-MB
DIVISION: -RE: County Civil Central - RE (Civil)

ANTHONY NAVAROLI
                    DEMANDANTE(S),
           VS-

SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS
                    DEMANDADO(S)

## NOTICIA PARA COMPARECER
## A CONFERENCIA PREVIA AL JUICIO/MEDIACION

ESTADO DE LA FLORIDA - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

**SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS**
**251 LITTLE FALLS DRIVE**
**WILMINGTON, DE   19808**

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401 del Tribunal del Condado de Palm Beach, el día June 11, 2026, a las 9:15 AM, para una CONFERENCIA PREVIA AL JUICIO.

### IMPORTANTE – LEA CUIDADOSAMENTE

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS.  USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

El demandado(s) debe comparecer en el tribunal en la fecha concretada para evitar una sentencia por rebeldía. El demandante(s) debe comparecer para evitar que el caso se desestime por falta de acusación. Una PETICIÓN o CONTESTACIÓN por escrito para el Juez por parte del demandante(s) o el demandado(s) no eximirá a la parte ni a su abogado de comparecer en persona en la CONFERENCIA PREVIA AL JUICIO. La fecha y la hora de la conferencia previa al juicio NO se puede cambiar sin un motivo legítimo y previa aprobación del Juez.

Cualquier entidad comercial reconocida bajo la Ley de Florida puede ser representada en cualquier etapa de los actos procesales del Tribunal de Primera Instancia por cualquier poderdante de la entidad comercial que tenga la autoridad legal de obligar a la entidad comercial o cualquier trabajador autorizado por escrito, por un poderdante de la entidad comercial. Un poderdante se define como un agente, miembro, miembro gerente o socio de la entidad comercial. Se debe traer la autorización por escrito a la Conferencia Previa al Juicio.

El propósito de la conferencia previa al juicio es para hacer constar su comparecencia, para determinar si usted admite toda o parte de la demanda, para permitir que el Juez determine el índole del caso y para fijar el caso para juicio si el caso no se puede resolver en la conferencia previa al juicio. Usted y su abogado deberán estar preparados para consultar con el Juez y para explicar brevemente el índole de su disputa, indicar qué esfuerzos se han hecho para resolver la disputa, presentar los documentos necesarios para demostrar su caso, indicar los nombres y las direcciones de sus testigos, acordar los hechos que no han de ser demostrados y que facilite el juicio, y calcular cuánto tiempo durará el juicio en este caso.

Puede que la mediación se celebre en la conferencia previa al juicio. Quien sea que comparezca en nombre de una parte debe tener plena autoridad para llegar a un acuerdo. La falta de tener plena autoridad para llegar a un acuerdo en esta conferencia previa al juicio puede resultar en la imposición de gastos y de honorarios asumidos

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

por la parte contraria.

Si admiten a la demanda, pero desean tiempo adicional para pagar, deben venir y presentar las circunstancias ante el Juez. Puede que el Juez apruebe el plan de pagos, o puede que no y podría retener la sentencia o la ejecución o el gravamen.

DERECHO A JURISDICCIÓN. La ley le da a la persona o empresa que le haya demandado el derecho a entablar en cualquiera de los sitios en la lista a continuación. Sin embargo, si ha sido demandado en cualquier lugar aparte de uno de estos sitios, usted, como el demandado(s), tiene el derecho a pedir que el caso sea trasladado a un lugar o jurisdicción adecuado. Un lugar o jurisdicción adecuado puede ser uno de los siguientes: (1) El lugar donde se celebró el contrato; (2) Si la demanda se basa en una nota de pago sin garantía, donde se firmó la nota de pago o donde reside el deudor; (3) Si la demanda es para recuperar propiedad o para ejecutar un gravamen, el lugar donde se ubica la propiedad; (4) El lugar donde ocurrió el evento que causó la demanda; (5) donde resida/n uno o más de los demandado(s); (6) Cualquier lugar acordado en un contrato; (7) en una demanda por dinero debido, si no hay un acuerdo en cuanto a dnde puede ser entablada la demanda, donde haya de ser pagado.

Si usted/es, como el/los demandado(s), cree que el demandante/es no ha entablado la demanda en uno de estos lugares correctos, debe comparecer el día de su fecha de comparecencia y oralmente pedir un traslado, o debe presentar una petición de traslado POR ESCRITO en forma de affidavit (bajo juramento) 7 días antes de su primera fecha de comparecencia y mandar una copia al demandante(s) o al abogado(s) del demandante(s), si es que hay alguno.

Si usted es un litigante representandose a sí mismo y no tiene un abogado, se puede inscribir con la Secretaria del Tribunal para recibir aviso por email por medio del cual toda correspondencia futura, peticiones u órdenes judiciales exclusivamente relacionadas a esta causa se le notificarán al correo de email que usted proporcione. Para más información sobre la Notificación por Email, véase la Norma Administrativa No. 2,310-1/18, disponible en la página web del Decimoquinto Circuito Judicial.  Si necesita ayuda para encontrar a un abogado, puede ponerse en contacto con su servicio local de referencias de Abogados del Condado de Palm Beach por internet, en la página: https://www.palmbeachbar.org/lawyer-referral-service/, o llamando al 561-687-3266

Una copia del escrito de demanda se debe entregar con esta citación.

**"Si usted es una <u>persona con una discapacidad</u> que necesita alguna acomodación para poder participar en este proceso, usted tiene el derecho, sin costo alguno, a que le proporcionen cierta asistencia. Por favor, póngase en contacto con William Hutchings Jr., Americans with Disabilities Act Coordinator [Coordinadora de la Ley sobre Estadounidenses con Discapacidades], Palm Beach County Courthouse [Tribunal del Condado de Palm Beach], 205 North Dixie Highway, West Palm Beach, FL 33401; Número de teléfono (561) 355-4380, por lo menos (7) días laborales antes de su fecha de comparecencia u otra actividad judicial; o inmediatamente después de haber recibido esta notificación, si el tiempo antes de su fecha de comparecencia es de menos de (7) días laborales. Si usted tiene alguna discapacidad auditiva o del habla, llame al 711."**

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 14th of May, 2026

MICHAEL A. CARUSO
Secretaria & Auditora

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

NAN TRIBINAL KI REGLE TI ZAFE NAN E  POU KOMIN PALM BEACH, FLORID

NIMERO KA: 50-2026-SC-010396-XXXA-MB-
DIVISYON: RE: County Civil Central - RE (Civil)

ANTHONY NAVAROLI
DEMANDAN,
VS-

SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS
DAFANDAN.

### AVETISMAN  POU PRESANTE W
### POU YON KONFERANS /MEDIASYON AVAN JIJMAN

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

**SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS**
**251 LITTLE FALLS DRIVE**
**WILMINGTON, DE   19808**

YO AVETI- W  KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN
 PALM BEACH LA NAN SAL 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, A
June 11, 2026, NAN 9:15 AM, POU YON KONFEARANS.

### INPÓTAN - LI AVEK ATENSYON.

**KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA
ESEYE REZOUD KA A  NAN MEDIASYON JOU SA A.**

**PA MENEN TEMWEN OU DWE PRESANTE TET OU OSWA YON AVOKA KAPAB
PARET POU OU.**

Moun ki defandè (yo) dwe konparèt pèsonèlman nan tribinal nan dat ki mansyone a pou evite yo fè jijman padefo kont yo. Moun ki se pleyan yo dwe konparèt tou yon fason pou evite yo rejte plent yo a pou absans pousuit. MOSYON oswa REPONS alekri pleyan oswa defandè (yo) ap depoze nan tribinal pa dwe sèvi kòm eskiz pou pati konsène yo oswa avoka yo pa vini pèsonèlman nan SEYANS PRELIMINÈ k ap fèt avan jijman an. Dat ak lè seyans preliminè a PA POSIB pou ranvwaye san motif valab ni san apwobasyon davans tribinal la.

Kèlkeswa antite komèsyal ki legalman rekoni daprè lalwa Eta Florid gen dwa gen prensipal responsab oswa reprezantan ofisyèl ki pou reprezante li kèlkeswa lè a nan tout etap pwosesis jidisyè a oswa nenpòt anplwaye ki otorize ak mandate alekri pou reprezante li. Prensipal responsab vle di swa yon dirijan, manb, manb dirijan, oswa asosye antrepriz komèsyal sa a. Ou dwe pote yon kopi otorizasyon alekri sa a nan seyans preliminè a.

Objektif seyans preliminè a se pou anrejistre prezans ou, detèmine si ou admèt ak tout oswa ak yon pati plent ki te fèt kont ou a, pou detèmine kalite ka a ak pou deside ki dat ka a prale nan jijman sizoka pa gen mwayen jwenn solisyon pou rezoud sa a nan seyans preliminè a. Ni ou ni avoka a ta dwe prepare nou pou reyini ak tribinal la, pou esplike rapidman sou ki bit nou kanpe, ki efò nou te eseye fè pou rezoud sa ak founi tout dokiman nesesè pou pwouve kòz n ap defann nan, bay non ak adrès tout moun k ap sèvi nou kòm temwen, etale lòt detay ki pa bezwen okenn prèv ki kab fè jijman an fèt pi vit, epi estime konbyen tan konsa jijman kab dire.

Gen dwa tou gen medyasyon ki fèt nan seyans preliminè avan jijman an. Kèlkeswa moun ki prezante nan non youn nan pati konsène yo dwe gen tout otorite pou negosye nan seyans preliminè sa a ki kapab lakoz

pati advès la gen pou peye yon seri frè tribinal ak onorè avoka.

Si w asepte ak demand la men ou ta renmen jwenn plis tan pou jis ou fin peye, ou dwe vin pran lapawòl pou eksplike jij la sitiyasyon ki lakoz sa. Jij la gen dwa apwouve oswa pa apwouve yon plan pèyman epi li gen dwa swa kenbe jijman an sispann pou ou, swa bay lòd pou fè egzekite jijman an oswa pou fè prelèvman sou ou.

**DWA LOKAL. Lalwa bay moun oswa konpayi k ap pousuiv ou a dwa pou depoze plent li nan youn nan adrès ki site pi ba a. Men, si gen plent lajistis ki fèt kont ou yon lòt kote ki pa fè pati lis ki pi ba a, antanke defandè, ou gen dwa mande pou transfere plent sa yo sòti yon kote pou ale nan yon lye oswa lokal ki pi apwopriye. Lokal apwopriye k ap pi bon pou ou gen dwa se: (1) kote kontra te siyen an; (2) kote pwosè a ap fèt sou baz resi oswa biyè san garanti ki te bay, kote yo te siyen biyè a oswa adrès kote moun ki te fè biye a (yo) abite; (3) si pwosè a se pou rekouvre yon byen oswa sispann yon privilèj, kote byen an lokalize a; (4) kote evènman ki te lakoz jijman an te pase a; (5) kote youn oswa plizyè nan defandè yo asiyen yo abite; (6) nenpòt lye oswa kote pati konsène yo te antann yo nan kontra a; (7) nan yon aksyon lajistis pou remèt lajan, si pa t gen okenn akò sou ki kote pou ta fè pwosè, ki kote lajan an ta dwe peye.**

Si, antanke defandè, ou panse pleyan an (yo) pa fè asiyasyon li an nan youn nan kote sa yo, jan li ta dwe fè sa, ou dwe konparèt kan menm nan dat pou prezante nan tribinal la pou mande vèbalman pou yo transfere ka a pou ou, oubyen se pou w ranpli yon afidavi notarye (deklarasyon sou sèman) pou w fè demand fòmèl ou ALEKRI pou mande transfere ka a pou ou 7 jou avan premye dat w ap gen pou vin nan tribinal la, epi voye yon kopi bay pleyan oswa bay avoka pleyan an, si li genyen.

Si se ou menm k ap plede koz la pou tèt ou san avoka ki pou reprezante w, se pou w al nan biwo Grèf tribinal la pou enskri non ou ak bay adrès imèl ou nan sèvis kourye elektwonik la. Konsa, w ap kapab resevwa tout fiti korespondans, mosyon, oswa òdonans tribinal la ap bay ki gen rapò espesifik ak ka w la anpatikilye. Pou plis enfòmasyon konsènan sèvis kourye elektwonik la, gade nan Lòd Administratif 2.310-1/18 ki disponib sou sit entènèt Kenzyèm Sikui Jidisyè a.

Si w bezwen èd pou w jwenn yon avoka, ou mèt kontakte Sèvis Referans Anliy Bawo Avoka nan Rejyon Palm Beach nan: https://www.palmbeachbar.org/lawyer-referral-service/, oswa ou gen dwa rele nimewo 561-687-3266.

Dwe gen yon kopi deklarasyon plent sa a ki dwe tache ak konvokasyon sa a.

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte William Hutchings Jr., Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Tribinal Rejyon Palm Beach ki nan adrès 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711."**

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM



**MIKE CARUSO**

CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

# RECEIPT
6286070

Printed On:
05/21/2026 01:58
Page 1 of 1

| Receipt Number: 6286070 - Date 05/21/2026  Time 1:58PM | | | |
|---|---|---|---|
| **Received of:** | Dor Scwartz 1212 East Broward Blvd., Third Floor Fort Lauderdale, FL 33301 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 10.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 10.00 |
| **Receipt ID:** | 12755163 | **Remaining Balance:** | 0.00 |
| **Division:** | RE: County Civil Central - RE(Civil) | | |

| Case# 50-2026-SC-010396-XXXA-MB -- PLAINTIFF/PETITIONER: NAVAROLI, ANTHONY | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 10.00 | 10.00 | 0.00 |
| **Case Total** | **10.00** | **10.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_CREDITCARD | 19098524 | 10.00 |
| **Total Received** | | **10.00** |
| **Total Paid** | | **10.00** |

**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

NOT A CERTIFIED COPY

Filing # 249841549 E-Filed 06/08/2026 12:28:16 PM

## AFFIDAVIT OF SERVICE

| Case: 50-2026-SC-010396-XXXA-MB | Court: IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA | County: PALM BEACH | Job: 15908925 (0775) |
|---|---|---|---|
| Plaintiff / Petitioner: ANTHONY NAVAROLI | | Defendant / Respondent: SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS | |
| | | For: Service of Process Inc | |

| To be served upon: |
|---|
| SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS |

I, Nina Fullwood, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jane Doe, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

**Manner of Service:** Registered Agent, May 18, 2026, 11:16 am EDT

**Documents:** Summons

**Additional Comments:**

1) Successful Attempt: May 18, 2026, 11:16 am EDT at 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 received by Jane Doe. Age: 25; Ethnicity: Asian American; Gender: Female; Weight: 120; Height: 5'2"; Hair: Black; Eyes: Brown; Relationship: Authorized Agent;

Nina Fullwood

05/19/2026

Nina Fullwood                    Date

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

05/19/2026          11/30/2027

Date          Commission Expires

NOT A CERTIFIED COPY

MARK HAGOOD
NOTARY PUBLIC
REG. #7533351
MY COMMISSION EXPIRES 11/30/2027
COMMONWEALTH OF VIRGINIA

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2026-SC-010396-XXXA-MB
DIVISION: RE: County Civil Central - RE (Civil)

ANTHONY NAVAROLI
          PLAINTIFF(S)
    VS-

SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS
          DEFENDANT(S)

> **Service Date and Time:** 5/18/2026  11:16 am
> **Actual Service:**
> Jane Doe / Authorized Agent
> **251 LITTLE FALLS DRIVE**
> **WILMINGTON, DE 19808**
> **Server:** Nina Fullwood

**NOTICE TO APPEAR**
**FOR PRE-TRIAL CONFERENCE/MEDIATION**

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS**
**251 LITTLE FALLS DRIVE**
**WILMINGTON, DE   19808**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, on June 11, 2026 at 9:15 AM for a PRETRIAL CONFERENCE before a Judge of this court.

**IMPORTANT - READ CAREFULLY**
**THE CASE WILL NOT BE TRIED AT THAT TIME**
**DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

If you are a self-represented litigant and do not have an attorney, you may register with the Clerk of the Court to enroll in service by email whereby all future correspondences, motions or orders of the Court pertaining exclusively to this matter will be served upon you at the email address you provide. For more information on Service by Email, see Administrative Order 2.310-1/18 available on the Fifteenth Judicial Circuit's website.

If you need help finding an attorney, you may contact your local Palm Beach County Bar's Lawyer Referral Service online at https://www.palmbeachbar.org/lawyer-referral-service/ or by calling 561-687-3266.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

**"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

DATED: 14th of May, 2026



**MICHAEL A. CARUSO**

**Clerk of the Circuit Court & Comptroller**

By: _John Taylor_
Deputy Clerk

Cc:
ANTHONY       1212 E BROWARD BLVD., 3RD FLOOR FORT LAUDERDALE, FL
NAVAROLI      33301

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

SCWARTZ, DOR 1212 EAST BROWARD BLVD 3RD FLOOR FORT LAUDERDALE FL 33301


NOT A CERTIFIED COPY

EN EL TRIBUNAL DEL CONDADO, EN Y  DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA  NO: 50-2026-SC-010396-XXXA-MB
DIVISION: -RE: County Civil Central - RE (Civil)

     ANTHONY NAVAROLI
           DEMANDANTE(S),
        VS-

     SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS
           DEMANDADO(S)

**NOTICIA PARA COMPARECER
A CONFERENCIA PREVIA AL JUICIO/MEDIACION**

ESTADO DE LA FLORIDA - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

**SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS
251 LITTLE FALLS DRIVE
WILMINGTON, DE   19808**

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401 del Tribunal del Condado de Palm Beach, el día June 11, 2026, a las 9:15 AM, para una CONFERENCIA PREVIA AL JUICIO.

**IMPORTANTE – LEA CUIDADOSAMENTE**

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS.  USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

El demandado(s) debe comparecer en el tribunal en la fecha concretada para evitar una sentencia por rebeldía. El demandante(s) debe comparecer para evitar que el caso se desestime por falta de acusación. Una PETICIÓN o CONTESTACIÓN por escrito para el Juez por parte del demandante(s) o el demandado(s) no eximirá a la parte ni a su abogado de comparecer en persona en la CONFERENCIA PREVIA AL JUICIO. La fecha y la hora de la conferencia previa al juicio NO se puede cambiar sin un motivo legítimo y previa aprobación del Juez.

Cualquier entidad comercial reconocida bajo la Ley de Florida puede ser representada en cualquier etapa de los actos procesales del Tribunal de Primera Instancia por cualquier poderdante de la entidad comercial que tenga la autoridad legal de obligar a la entidad comercial o cualquier trabajador autorizado por escrito, por un poderdante de la entidad comercial. Un poderdante se define como un agente, miembro, miembro gerente o socio de la entidad comercial. Se debe traer la autorización por escrito a la Conferencia Previa al Juicio.

El propósito de la conferencia previa al juicio es para hacer constar su comparecencia, para determinar si usted admite toda o parte de la demanda, para permitir que el Juez determine el índole del caso y para fijar el caso para juicio si el caso no se puede resolver en la conferencia previa al juicio. Usted y su abogado deberán estar preparados para consultar con el Juez y para explicar brevemente el índole de su disputa, indicar qué esfuerzos se han hecho para resolver la disputa, presentar los documentos necesarios para demostrar su caso, indicar los nombres y las direcciones de sus testigos, acordar los hechos que no han de ser demostrados y que facilite el juicio, y calcular cuánto tiempo durará el juicio en este caso.

Puede que la mediación se celebre en la conferencia previa al juicio. Quien sea que comparezca en nombre de una parte debe tener plena autoridad para llegar a un acuerdo. La falta de tener plena autoridad para llegar a un acuerdo en esta conferencia previa al juicio puede resultar en la imposición de gastos y de honorarios asumidos

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

por la parte contraria.

Si admiten a la demanda, pero desean tiempo adicional para pagar, deben venir y presentar las circunstancias ante el Juez. Puede que el Juez apruebe el plan de pagos, o puede que no y podría retener la sentencia o la ejecución o el gravamen.

DERECHO A JURISDICCIÓN. La ley le da a la persona o empresa que le haya demandado el derecho a entablar en cualquiera de los sitios en la lista a continuación. Sin embargo, si ha sido demandado en cualquier lugar aparte de uno de estos sitios, usted, como el demandado(s), tiene el derecho a pedir que el caso sea trasladado a un lugar o jurisdicción adecuado. Un lugar o jurisdicción adecuado puede ser uno de los siguientes: (1) El lugar donde se celebró el contrato; (2) Si la demanda se basa en una nota de pago sin garantía, donde se firmó la nota de pago o donde reside el deudor; (3) Si la demanda es para recuperar propiedad o para ejecutar un gravamen, el lugar donde se ubica la propiedad; (4) El lugar donde ocurrió el evento que causó la demanda; (5) donde resida/n uno o más de los demandado(s); (6) Cualquier lugar acordado en un contrato; (7) en una demanda por dinero debido, si no hay un acuerdo en cuanto a dnde puede ser entablada la demanda, donde haya de ser pagado.

Si usted/es, como el/los demandado(s), cree que el demandante/es no ha entablado la demanda en uno de estos lugares correctos, debe comparecer el día de su fecha de comparecencia y oralmente pedir un traslado, o debe presentar una petición de traslado POR ESCRITO en forma de affidavit (bajo juramento) 7 días antes de su primera fecha de comparecencia y mandar una copia al demandante(s) o al abogado(s) del demandante(s), si es que hay alguno.

Si usted es un litigante representandose a sí mismo y no tiene un abogado, se puede inscribir con la Secretaria del Tribunal para recibir aviso por email por medio del cual toda correspondencia futura, peticiones u órdenes judiciales exclusivamente relacionadas a esta causa se le notificarán al correo de email que usted proporcione. Para más información sobre la Notificación por Email, véase la Norma Administrativa No. 2,310-1/18, disponible en la página web del Decimoquinto Circuito Judicial.  Si necesita ayuda para encontrar a un abogado, puede ponerse en contacto con su servicio local de referencias de Abogados del Condado de Palm Beach por internet, en la página: https://www.palmbeachbar.org/lawyer-referral-service/, o llamando al 561-687-3266

Una copia del escrito de demanda se debe entregar con esta citación.

**"Si usted es una persona con una discapacidad que necesita alguna acomodación para poder participar en este proceso, usted tiene el derecho, sin costo alguno, a que le proporcionen cierta asistencia. Por favor, póngase en contacto con William Hutchings Jr., Americans with Disabilities Act Coordinator [Coordinadora de la Ley sobre Estadounidenses con Discapacidades], Palm Beach County Courthouse [Tribunal del Condado de Palm Beach], 205 North Dixie Highway, West Palm Beach, FL 33401; Número de teléfono (561) 355-4380, por lo menos (7) días laborales antes de su fecha de comparecencia u otra actividad judicial; o inmediatamente después de haber recibido esta notificación, si el tiempo antes de su fecha de comparecencia es de menos de (7) días laborales. Si usted tiene alguna discapacidad auditiva o del habla, llame al 711."**

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 14th of May, 2026

MICHAEL A. CARUSO
Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E POU KOMIN PALM BEACH, FLORID

NIMERO KA: 50-2026-SC-010396-XXXA-MB-
DIVISYON: RE: County Civil Central - RE (Civil)

ANTHONY NAVAROLI
            DEMANDAN,
      VS-

SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS
            DAFANDAN.

### AVETISMAN  POU PRESANTE W
### POU YON KONFERANS /MEDIASYON AVAN JIJMAN

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

**SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS**
**251 LITTLE FALLS DRIVE**
**WILMINGTON, DE   19808**

YO AVETI- W  KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN  PALM BEACH LA NAN SAL 6M (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, A June 11, 2026, NAN 9:15 AM, POU YON KONFEARANS.

### INPÓTAN - LI AVEK ATENSYON.

**KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA ESEYE REZOUD KA A  NAN MEDIASYON JOU SA A.**

**PA MENEN TEMWEN OU DWE PRESANTE TET OU OSWA YON AVOKA KAPAB PARET POU OU.**

Moun ki defandè (yo) dwe konparèt pèsonèlman nan tribinal nan dat ki mansyone a pou evite yo fè jijman padefo kont yo. Moun ki se pleyan yo dwe konparèt tou yon fason pou evite yo rejte plent yo a pou absans pousuit. MOSYON oswa REPONS alekri pleyan oswa defandè (yo) ap depoze nan tribinal pa dwe sèvi kòm eskiz pou pati konsène yo oswa avoka yo pa vini pèsonèlman nan SEYANS PRELIMINÈ k ap fèt avan jijman an. Dat ak lè seyans preliminè a PA POSIB pou ranvwaye san motif valab ni san apwobasyon davans tribinal la.

Kèlkeswa antite komèsyal ki legalman rekoni daprè lalwa Eta Florid gen dwa gen prensipal responsab oswa reprezantan ofisyèl ki pou reprezante li kèlkeswa lè a nan tout etap pwosesis jidisyè a oswa nenpòt anplwaye ki otorize ak mandate alekri pou reprezante li. Prensipal responsab vle di swa yon dirijan, manb, manb dirijan, oswa asosye antrepriz komèsyal sa a. Ou dwe pote yon kopi otorizasyon alekri sa a nan seyans preliminè a.

Objektif seyans preliminè a se pou anrejistre prezans ou, detèmine si ou admèt ak tout oswa ak yon pati plent ki te fèt kont ou a, pou detèmine kalite ka a ak pou deside ki dat ka a prale nan jijman sizoka pa gen mwayen jwenn solisyon pou rezoud sa a nan seyans preliminè a. Ni ou ni avoka a ta dwe prepare nou pou reyini ak tribinal la, pou esplike rapidman sou ki bit nou kanpe, ki efò nou te eseye fè pou rezoud sa ak founi tout dokiman nesesè pou pwouve kòz n ap defann nan, bay non ak adrès tout moun k ap sèvi nou kòm temwen, etale lòt detay ki pa bezwen okenn prèv ki kab fè jijman an fèt pi vit, epi estime konbyen tan konsa jijman kab dire.

Gen dwa tou gen medyasyon ki fèt nan seyans preliminè avan jijman an. Kèlkeswa moun ki prezante nan non youn nan pati konsène yo dwe gen tout otorite pou negosye nan seyans preliminè sa a ki kapab lakoz

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

pati advès la gen pou peye yon seri frè tribinal ak onorè avoka.

Si w asepte ak demand la men ou ta renmen jwenn plis tan pou jis ou fin peye, ou dwe vin pran lapawòl pou eksplike jij la sitiyasyon ki lakoz sa. Jij la gen dwa apwouve oswa pa apwouve yon plan pèyman epi li gen dwa swa kenbe jijman an sispann pou ou, swa bay lòd pou fè egzekite jijman an oswa pou fè prelèvman sou ou.

**DWA LOKAL. Lalwa bay moun oswa konpayi k ap pousuiv ou a dwa pou depoze plent li nan youn nan adrès ki site pi ba a. Men, si gen plent lajistis ki fèt kont ou yon lòt kote ki pa fè pati lis ki pi ba a, antanke defandè, ou gen dwa mande pou transfere plent sa yo sòti yon kote pou ale nan yon lye oswa lokal ki pi apwopriye. Lokal apwopriye k ap pi bon pou ou gen dwa se: (1) kote kontra te siyen an; (2) kote pwosè a ap fèt sou baz resi oswa biyè san garanti ki te bay, kote yo te siyen biyè a oswa adrès kote moun ki te fè biye a (yo) abite; (3) si pwosè a se pou rekouvre yon byen oswa sispann yon privilèj, kote byen an lokalize a; (4) kote evènman ki te lakoz jijman an te pase a; (5) kote youn oswa plizyè nan defandè yo asiyen yo abite; (6) nenpòt lye oswa kote pati konsène yo te antann yo nan kontra a; (7) nan yon aksyon lajistis pou remèt lajan, si pa t gen okenn akò sou ki kote pou ta fè pwosè, ki kote lajan an ta dwe peye.**

Si, antanke defandè, ou panse pleyan an (yo) pa fè asiyasyon li an nan youn nan kote sa yo, jan li ta dwe fè sa, ou dwe konparèt kan menm nan dat pou prezante nan tribinal la pou mande vèbalman pou yo transfere ka a pou ou, oubyen se pou w ranpli yon afidavi notarye (deklarasyon sou sèman) pou w fè demand fòmèl ou ALEKRI pou mande transfere ka a pou ou 7 jou avan premye dat w ap gen pou vin nan tribinal la, epi voye yon kopi bay pleyan oswa bay avoka pleyan an, si li genyen.

Si se ou menm k ap plede koz la pou tèt ou san avoka ki pou reprezante w, se pou w al nan biwo Grèf tribinal la pou enskri non ou ak bay adrès imèl ou nan sèvis kourye elektwonik la. Konsa, w ap kapab resevwa tout fiti korespondans, mosyon, oswa òdonans tribinal la ap bay ki gen rapò espesifik ak ka w la anpatikilye. Pou plis enfòmasyon konsènan sèvis kourye elektwonik la, gade nan Lòd Administratif 2.310-1/18 ki disponib sou sit entènèt Kenzyèm Sikui Jidisyè a.

Si w bezwen èd pou w jwenn yon avoka, ou mèt kontakte Sèvis Referans Anliy Bawo Avoka nan Rejyon Palm Beach nan: https://www.palmbeachbar.org/lawyer-referral-service/, oswa ou gen dwa rele nimewo 561-687-3266.

Dwe gen yon kopi deklarasyon plent sa a ki dwe tache ak konvokasyon sa a.

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte William Hutchings Jr., Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Tribinal Rejyon Palm Beach ki nan adrès 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711."**

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 05/14/2026 12:37:08 PM

31
9:15

**IN THE COUNTY COURT, IN AND FOR PALM BEACH COUNTY, FLORIDA, COUNTY CIVIL DIVISION**

CASE NO: 502026SC010396XXXAMB

☒ Served 5/18          ☐ Unexecuted
☐ No Proof

Nature of Proceeding:     ☒ Pre-Trial     ☐ Trial
                          ☐ Motion     ☐ Other

**DEFENDANT(S)**
**SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS ,**

**PLAINTIFF(S)**
**NAVAROLI , ANTHONY**

Service Information

Present          ☐
Attorney: _Scwartz_ ☒

Present          ☐
Attorney: _____ ☐

No Appearance     ☐

No Appearance     ☒

**DISPOSITION**

☐ Default Final Judgment for Plaintiff

☐ Final Judgment for Plaintiff/Defendant on merits

☐ Summary Judgment for Plaintiff (no triable issue)

☐ Agreed Judgment for Plaintiff/Defendant

☐ Stipulation for Settlement

☐ Reset for ☐ Pre-Trial Conference or ☐ CMC in _____ days.

Amount of Judgment: $_____

Principle          $_____

Interest           $_____

Attorney Fees      $_____

Court Costs        $_____

☐ **Set Case for Trial in _____ days for _____ hrs/mins**
Issues:                    ☐ Liability and Damages
                           ☐ Liability Only
                           ☐ Damages Only
Witnesses: _____  ☐ Plaintiff
           _____  ☐ Defendant

☐ Defendant/Plaintiff advised of probable need for expert testimony from _____

Settlement amount $_____

1st Payment of $_____ due on _____

Subsequent payments of $_____ due on the _____ of every month

Default Amount $_____

Sworn Testimony/NOTES:

_____

_____

☒ Default Only          Plaintiff(s) will submit proof and final judgment package within _30_ days or ☐ case will be dismissed.

☐ Dismiss for lack of prosecution          ☐ Dismiss Case Settled

☐ Continue pending proper service          ☐ Continue pending settlement

☐ Defendant granted _____ Days to file counterclaim and/or Third Party Complaint and/or Crossclaim

☐ Continue at request of Plaintiff(s) ☐ Defendant(s) ☐ _____

Motion for

Judgment/Order will be prepared by the     ☐ Court     ☐ Counsel     ☐ Parties in _____ days _____

**DISCOVERY**

1. Parties shall exchange the following within _____ days of the date of this Order:

    ☐ Witnesses' names and addresses

    ☐ Copies of documents, exhibits and things to be used at trial

2. ☐ Non-party witnesses may testify at trial by phone and/or affidavit

3. ☐ For purpose of discovery and/or setting case for trial, Rules of Civil Procedure shall apply.

06/11/26 Clerk Initials _PB_                              **Judge: SHULLMAN, SARAH L**

NOT A CERTIFIED COPY

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 6/11/2026 12:44:00 PM

Filing # 250122170 E-Filed 06/11/2026 10:04:06 AM

IN THE COUNTY COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

COUNTY CIVIL DIVISION: "RE"
CASE NO.: 50-2026-SC-010396-XXXA-MB

ANTHONY NAVAROLI,
     Plaintiff/Petitioner
vs.

SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS,
     Defendant/Respondent.

_____/

## ORDER OF DEFAULT AND ORDER TO
## ADVANCE THE CAUSE WITHIN 30 DAYS

     This cause came before the Court on **June 11, 2026** at a Small Claims Pretrial Conference held pursuant to Fla. Sm. Cl. R. 7.090. The Plaintiff was present and the Defendant failed to appear. The Plaintiff's *ore tenus* Motion for Default was granted. The Court orders the Plaintiff to advance the cause by filing all necessary proofs and affidavits to support a final judgment within the court file **AND** upload a proposed default final judgment order to the Court's online scheduling system within **thirty (30)** days from the date of the pretrial conference, or else this matter will be dismissed without further notice or hearing on the matter. If this is an insurance subrogation matter or damages are otherwise unliquidated, Plaintiff shall set a final hearing on damages with notice to Defendant through online scheduling, **to be heard within thirty (30) days** of the date of this Order. Small Claims matters should be resolved within ninety-five (95) days from filing to final disposition. *See Fla. R. Gen. Prac. & Jud. Admin. 2.250(a)(1)(B)*. Accordingly, if the Plaintiff fails to **both** file all necessary supporting proofs and affidavits in the Court file **and** upload a proposed default final judgment order to the Court's online scheduling system within **thirty (30)** days, or conduct a final hearing within thirty (30) days if damages are unliquidated, this matter **shall** be dismissed without prejudice without further notice or hearing. This review is scheduled to occur on or about **July 11, 2026**.

     If the matter is dismissed due to the failure of the Plaintiff to comply with the Court's order of Default, the Plaintiff shall be required to address the order of dismissal before the Court will sign a Default Judgment.

     **Counsel for Plaintiff is directed to mail a copy of this Order to all parties on the service list BELOW without electronic mail and file a Certificate of Service in the court file.**

     **DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida.

50-2026-SC-010396-XXXA-MB   06/11/2026
Sarah L. Shullman   Judge

50-2026-SC-010396-XXXA-MB   06/11/2026
Sarah L. Shullman
Judge

Page **1** of **3**

Case No. 50-2026-SC-010396-XXXA-MB

**COPIES TO:**

| | |
|---|---|
| DOR SCWARTZ | dscwartz@realjustice.com<br>sbaker@realjustice.com<br>jbernheim@realjustice.com |
| SPROUTS FARMERS MARKET, INC. D/B/A SPROUTS | 251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |

NOT A CERTIFIED COPY

Case No. 50-2026-SC-010396-XXXA-MB

# ADA NOTICE

This notice is provided pursuant to Administrative Order No. 2.207-7/22

"**If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**"

"**Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**"

"**Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**"